# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR245** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GERALD WILLIAMS and** | ) | |
| **JUDITH WILLIAMS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

A pretrial conference pursuant to Fed. R. Crim. P. 17.1 was held in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 27, 2009. At the conference, the defendants were represented as follows:

| Defendant | Counsel |
|---|---|
| Gerald Williams | David R. Stickman (Federal Public Defender) |
| Judith Williams | Lawrence G. Whelan (CJA) |

The government was represented by Assistant U.S. Attorney Russell X. Mayer.

The conference was held to resolve any discovery issues and to schedule dates for the filing of various motions. After a discussion of the present state of the discovery, the following schedule is established.

**IT IS ORDERED:**

1. If after compliance with Rule 16 there is necessity for the filing of pretrial motions, they shall be filed by **October 30, 2009.** In this connection, the United States Attorney shall disclose ***Brady v. Maryland*** (and its progeny) material as soon as practicable. Should the defendants nonetheless file a motion for such disclosure, such motion shall state with specificity the material sought. In the event that any motions are filed seeking bills of particulars or discovery of facts, documents, or evidence, as part of the motion **the moving party shall** recite that counsel for the movant has conferred with opposing counsel regarding the subject of the motion in an attempt to reach agreement on the contested

matters without the involvement of the court and that such attempts have been unsuccessful. The motion shall further state the dates and times of such conferences;

2. Motions in limine addressed to matters at trial shall be filed no earlier than fourteen (14) days before a scheduled trial date, and no later than two (2) business days before trial. Any motions filed outside this time period may be summarily denied.

3. The court finds that this case is unusual and complex due to the number of defendants, the nature of the prosecution, and the existence of novel questions of law and fact. For these reasons it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, and the continuances requested by counsel for defendants serve the ends of justice and outweigh the interests of the public and defendants in a speedy trial. **See**, 18 U.S.C. § 3161(h)(8)(A) & (B). As a result, time is **excluded from August 27, 2009 through and including October 30, 2009.**

DATED this 27th day of August, 2009.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge