IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | 8:09CR245 |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | ORDER |
| ) | |
| GERALD WILLIAMS and   ) | |
| JUDITH WILLIAMS,   ) | |
| ) | |
| Defendant.   ) | |

This matter is before the court on the motions of defendants Gerald Williams (Filing No. 32 and Judith Williams (Filing No. 33) for a 17.1 conference pursuant to Fed. R. Crim. P. 17.1. The court held a 17.1 conference on December 11, 2009. All counsel of record were present. Counsel requested a continuance of the 17.1 conference to February 3, 2010 and counsel for the Williamses represented their clients agreed to the continuance and will file a consent and acknowledgment that the additional time will be excluded from the computations under the Speedy Trial Act.

A 17.1 scheduling conference will be held before the undersigned magistrate judge at 12:00 p.m. on February 3, 2010, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendants need not be present since this is a scheduling conference. All counsel of record must be present and have their calendars available for scheduling purposes.

The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 11, 2009 and February 3, 2010**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 11th day of December, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge