# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:09CR245 |
| GERALD WILLIAMS and JUDITH WILLIAMS, | ) ) ) ) | ORDER |
| Defendants. | ) | |

The Motion to Continue (Filing No. 43) of defendant Gerald Williams is granted.

**IT IS ORDERED** that the Rule 17.1 Conference as to defendants Gerald Williams and Judith Williams is continued to **March 1, 2010,** at **10:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendants need not be present since this is a scheduling conference. All counsel of record must be present and have their calendars available for scheduling purposes.

The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between February 3, 2010 and March 1, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of February, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge