## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR245 |
| vs. | ) | ORDER |
| GERALD WILLIAMS and JUDITH WILLIAMS, | ) | |
| Defendants. | ) | |

This matter is before the court following a pretrial conference held pursuant to Fed.R.Crim.P. 17.1. The conference was held in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 1, 2010. Present for the conference were Assistant U.S. Attorney Russell X. Mayer for the government, Federal Public Defender David R. Stickman for defendant Gerald Williams and Lawrence G. Whelan for defendant Judith Williams. After a discussion as to the preparation of this matter for trial, the parties requested this matter be set for trial on June 1, 2010. The oral motion is granted.

**IT IS ORDERED:**

Trial of this matter is re-scheduled for **June 1, 2010,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 1, 2010 and June 1, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of March, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge