IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09cr245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD WILLIAMS | ) | |
| JUDITH WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the defendants' Joint Motion to Continue Trial [53]; upon consideration, the motion is granted.

IT IS ORDERED that, jury trial for the defendants, Gerald Williams and Judith Williams is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 15, 2010 at 8:30 a.m.**

IT IS FURTHER ORDERED that, the time between August 27, 2010 and November 15, 2010 is excluded in the interest of justice as to both defendants.

Since this is a criminal case, the defendants shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 27th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge