IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR245 |
| Plaintiff, | )<br>)<br>) | **O R D E R** |
| v. | )<br>) | |
| GERALD WILLIAMS and JUDITH WILLIAMS, | )<br>)<br>) | |
| Defendants. | | |

The Court notes that this matter is scheduled for a jury trial on November 15, 2010. It is therefore

ORDERED that a pretrial conference shall be held before the undersigned on **November 2, 2010, at 1:30 p.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.** The defendants, Gerald and Judith Williams, are ordered to be present for this pretrial conference.

IT IS FURTHER ORDERED that the United States Marshals shall provide round trip non-custodial transportation for the defendants to appear at this hearing from their home in Bunkie, Louisiana, to Omaha, Nebraska.

DATED this 27th day of October, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Court