IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD WILLIAMS and | ) | |
| JUDITH WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for pretrial conference (Filing No. 57). Assistant U.S. Attorney Russell X. Mayer appears on behalf of the government. The defendants Gerald and Judith Williams are present along with their respective counsel, Federal Public Defender David R. Stickman and Lawrence G. Whelan. Counsel for the parties are not prepared to proceed to trial as previously scheduled on November 15, 2010 (Filing No. 54). The defendants both request the court to continue trial in the matter to a later date. The government also will not be prepared to try this matter in November. The parties request the court to set pretrial deadlines to assist them in preparing for trial. Accordingly:

IT IS ORDERED:

1. The jury trial for the defendants, Gerald Williams and Judith Williams, is rescheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 3, 2011, at 8:30 a.m.**

2. The time between **November 15, 2010, and January 3, 2011,** is excluded in the interest of justice as to both defendants.

3. A pretrial conference is scheduled for one hour on **December 10, 2010, at 11:00 a.m.** The attorneys for the defendants shall notify the court by **November 26, 2010**, whether either or both defendants are required to attend this hearing.

4. The government shall provide defense counsel a list of trial exhibits and trial witnesses on or before **December 3, 2010.**

5. On or before **December 9, 2010,** defense counsel shall provide the court with any objections to said exhibits and counsel for the parties shall submit to the court proposed jury instructions.

Since this is a criminal case, the defendants shall be present for trial, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 3rd day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2