# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | 8:09CR245 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GERALD WILLIAMS and ) | |
| JUDITH WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 25th day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge