IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR245 |
| v. | ) | |
| GERALD WILLIAMS, JUDITH WILLIAMS, | ) | ORDER TO SHOW CAUSE |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 4, 2011, this court entered an order scheduling a Fed. R. Crim. P. 17.1 hearing for March 23, 2011, at 8:30 a.m. before the undersigned. Defendant Gerald Williams and counsel John M. Carter failed to appear at that hearing. Accordingly,

IT IS ORDERED that John M. Carter shall appear before the undersigned on March 28, 2011, at 10:30 a.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, and show cause for failing to appear at the Rule 17.1 hearing.

DATED this 23rd day of March, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge