IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD WILLIAMS and | ) | |
| JUDITH WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the government's Motion to Continue Hearing (Filing No. 138) is granted.  The evidentiary hearing regarding restitution is rescheduled to **July 27, 2011, at 9:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Sentencing of the defendant Gerald Williams is rescheduled to **August 5, 2011, at 9:00 a.m.,** and sentencing of the defendant Judith Williams is rescheduled to **August 5, 2011, at 10:00 a.m.**

DATED this 3rd day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge